**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
In re:                                                                              NOTICE OF APPEARANCE

Go-Pro Maintenance Inc.,                                               Chapter: 11
                                                                                        Case No.: 22-41756-jmm
                                                Debtor.
---------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned of Levin-Epstein & Associates, P.C. hereby appears in the above-captioned case on behalf of creditors Byron Geovanny Arevalo Fajarvo, Carlos Martell, Elias Ordones, George Palta, Inigo Mendoza Ramirez, Jairo Rivas, Jose Gutierrez, Juan Pereyra, Miguel Garrido, Reymundo Chavez Hernandez, Richard Xavier Hernandez, and Sebastian Alfredo Espinosa. Pursuant to Bankruptcy Rule 2002, all notices given or required to be given in this case and all papers served or required to be served in this case shall be given to and served upon the undersigned at the following address:

                LEVIN-EPSTEIN & ASSOCIATES, P.C.
                60 E. 42nd Street, Suite 4700
                New York, New York 10165

Dated: July 27, 2022
      New York, New York

                By:    /s/*Joshua D. Levin-Epstein*
                        Joshua D. Levin-Epstein, Esq.
                        60 E. 42nd Street, Suite 4700
                        New York, NY 10165
                        Telephone: (212) 792-0048
                        Facsimile: (646) 786-3170
                        Email: Jason@levinepstein.com